## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Darlene Leisen, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number:   17-cv-3969 JRT/KMM |
| Synchrony Bank, N.A., | |
| Defendant. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this action is DISMISSED WITH PREJUDICE, each party to bear its own costs,

disbursements, and attorney's fees.

Date: 1/10/2018            KATE M. FOGARTY, CLERK

                                                                    s/Amy Halverson
                                                   (By)   Amy Halverson, Deputy Clerk